IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DONALD F. WINNETT
ADC #139544                                                                                          PLAINTIFF

v.                             Case No. 2:16-cv-00013-KGB-BD

ALEX BRAY, *et al.*                                                                                 DEFENDANTS

## ORDER

The Court has reviewed two Partial Recommended Dispositions submitted by United States Magistrate Judge Beth Deere (Dkt. Nos. 76; 77). Plaintiff Donald F. Winnett filed objections to both Partial Recommended Dispositions (Dkt. No. 79). After careful consideration of the Partial Recommended Dispositions and Mr. Winnett's objections, and a *de novo* review of the record, the Court concludes that both Partial Recommended Dispositions should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. Nos. 76; 77).

It is therefore ordered that Mr. Winnett's motion for a preliminary injunction or temporary restraining order is denied (Dkt. No. 47). Mr. Winnett's motion for summary judgment is also denied (Dkt. No. 58).

Dated this 13th day of September, 2016.

Kristine G. Baker
United States District Judge