IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DONALD F. WINNETT
ADC #139544                                                                                                    PLAINTIFF

v.                              Case No. 2:16-cv-00013-KGB-BD

ALEX BRAY, *et al.*                                                                                        DEFENDANTS

## ORDER

The Court has reviewed a Partial Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 85). Plaintiff Donald F. Winnett filed objections to the Partial Recommended Disposition (Dkt. No. 92). After careful consideration of the Partial Recommended Disposition and Mr. Winnett's objections, and a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 85). It is therefore ordered that Mr. Winnett's motion for preliminary injunctive relief is denied (Dkt. No. 66).

Mr. Winnett has filed a motion for reconsideration of the Court's Order approving and adopting a Partial Recommended Deposition that denied Mr. Winnett's previous motion for preliminary injunctive relief (Dkt. No. 94). Mr. Winnett presents no new argument in his motion that would justify reconsideration of the Court's previous Order. Mr. Winnett's motion for reconsideration is denied (Dkt. No. 94).

Mr. Winnett has also filed an appeal of Judge Deere's Order denying his motion for recusal (Dkt. No. 106). Judge Deere's decision to deny Mr. Winnett's motion for recusal was proper. Mr. Winnett fails to meet his heavy burden of demonstrating that Judge Deere or the undersigned should be disqualified from hearing this case. *Pope v. Fed. Express Corp.*, 974 F.2d 982, 985 (8th Cir. 1992) ("A party introducing a motion to recuse carries a heavy burden of

proof; a judge is presumed to be impartial and the party seeking disqualification bears the substantial burden of proving otherwise."). Mr. Winnett's appeal is denied (Dkt. No. 106).

    Dated this 2nd day of December, 2016.

                                                        _____
                                                        Kristine G. Baker
                                                        United States District Judge