IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DONALD F. WINNETT
ADC #139544     PLAINTIFF

v.     Case No. 2:16-cv-00013-KGB-BD

ALEX BRAY, *et al.*     DEFENDANTS

## ORDER

The Court has received and reviewed a Partial Recommended Disposition filed by United States Magistrate Judge Beth Deere (Dkt. No. 115). After careful review of plaintiff Donald Winnett's timely objections, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects (Dkt. No. 115).

The motion to dismiss filed by separate defendants Dean Yancey and Arlen Parham is granted in part and denied in part (Dkt. No. 68). To the extent that Mr. Yancey and Mr. Parham move to dismiss Mr. Winnett's claims under the First Amendment and the Religious Land Use and Institutionalized Persons Act of 2000, 42 U.S.C.A. §§ 2000cc, *et seq.*, their motion is denied. To the extent that Mr. Yancey and Mr. Parham move to dismiss Mr. Winnett's claims for money damages against them in their official capacities, their motion is granted. Mr. Winnett's claims for injunctive relief against Mr. Yancey and Mr. Parham in their official capacities may proceed.

Dated this 2nd day of December, 2016.

Kristine G. Baker
United States District Judge