**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**DONALD F. WINNETT
ADC #139544**                                                             **PLAINTIFF**

**v.**                  **Case No. 2:16-cv-00013-KGB-BD**

**ALEX BRAY,** *et al.*                                                          **DEFENDANTS**

## **ORDER**

The Court has reviewed a Partial Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 118). Plaintiff Donald F. Winnett filed objections to the Partial Recommended Disposition (Dkt. No. 125). After careful consideration of the Partial Recommended Disposition and Mr. Winnett's objections, and a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 118). It is therefore ordered that Mr. Winnett's motion for permanent injunction is denied (Dkt. No. 111).

Dated this 19th day of December, 2016.

                                                                         Kristine G. Baker
                                                                         United States District Judge