# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

DONALD F. WINNETT
ADC #139544                                                                                          PLAINTIFF

v.                               Case No. 2:16-cv-00013-KGB-BD

ALEX BRAY, *et al.*                                                                                  DEFENDANTS

## ORDER

The Court has reviewed a Partial Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 157). Plaintiff Donald F. Winnett filed objections to the Partial Recommended Disposition (Dkt. No. 160). After careful consideration of the Partial Recommended Disposition and Mr. Winnett's objections, and a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 157).

It is therefore ordered that a motion for summary judgment filed by separate defendants Gaylon Lay, Mark Warner, Arlen Parham, and Dean Yancey is granted (Dkt. No. 134). Mr. Winnett's claims against Mr. Lay, Mr. Warner, Mr. Parham, and Mr. Yancy are dismissed without prejudice based on Mr. Winnett's failure to fully exhaust his administrative remedies against them.

Dated this 26th day of June, 2017.

                                                                    Kristine G. Baker
                                                                      United States District Judge