# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**DONALD F. WINNETT**
**ADC #139544**                                                                  **PLAINTIFF**

**v.**                         **Case No. 2:16-cv-13-KGB-BD**

**ALEX BRAY**                                                                    **DEFENDANT**

### JUDGMENT

Pursuant to the Order entered in this matter on this date, the Court grants defendant Alex

Bray's motion for summary judgment (Dkt. No. 203) and denies plaintiff Donald F. Winnett's

cross-motions for summary judgment (Dkt. Nos. 213, 221, 227, 246).  Mr. Winnett's claims are

dismissed with prejudice.

So adjudged this 7th day of February, 2018.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge